

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00014-CV

———————————————

LYDIA ZACARIAS AND STEVEN THOMAS BROWN, INDIVIDUALLY AS
HEIRS AT LAW AND AS REPRESENTATIVES OF THE ESTATE OF WILLIAM
ERIC BROWN, DECEASED, Appellants

V.

LG CHEM, LTD. AND LG CHEM AMERICA, INC., Appellees

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-315599-20

Before Womack, J.; Sudderth, C.J. and Walker, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered "Appellants' Unopposed Motion to Dismiss."  We grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal.  *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  May 27, 2021